**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

RECEIVED

CURTIS SPIDELL                                                              **PLAINTIFF**

2007 OCT -1  P 12:23

VS.                                                          CIVIL ACTION NO. 3:07CV874-MHt

DEBRA P. HACKER CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MIDLAND CREDIT MANAGEMENT, INC.
and MRC RECEIVABLES CORPORATION                                **DEFENDANTS**

## NOTICE OF REMOVAL

COME NOW the Defendants, MIDLAND CREDIT MANAGEMENT, INC.

("Midland") and MRC RECEIVABLES CORPORATION ("MRC"), by and through their

attorneys, McGlinchey Stafford, PLLC, and file this, their *Notice of Removal* of this action to the

Middle District of Alabama, Eastern Division, and in support thereof, would show unto the Court

the following:

1.      This Court has subject matter jurisdiction over this proceeding pursuant to 28

U.S.C. § 1332.  Removal of this proceeding is authorized pursuant to 28 U.S.C. §§ 1441 and

1446.

2.      The instant case was commenced on or about August 27, 2007, in the Circuit

Court of Randolph County, Alabama, Cause No. CV 2007-110.  The Complaint alleges that the

Defendants wrongfully sued Spidell to collect a debt that Spidell claims he did not owe.

Spidell's Complaint lists two causes of action:  malicious prosecution (for filing suit against

Spidell to collect the debt), and negligence (for improperly filing the suit after Spidell claims he

informed the Defendants that he did not owe the debt).  Spidell's Complaint seeks $74,000.00 for

malicious prosecution and states a separate *ad damnum* clause after the negligence count praying

for "all sums he may be entitled to under the pleadings." *Complaint*, page 6.  As also stated in

Spidell's Complaint, the amount of the debt for which Spidell was sued is $1,098.98.

3.    This case is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.  The Plaintiff alleges that he is an adult resident citizen of Randolph County, Alabama.  The Defendants concur, and admit that Spidell is an Alabama resident, which is sufficient to establish the Plaintiff's Alabama citizenship for the purpose of removal.  Midland is a Kansas corporation with its principal place of business in California.  MRC is a Delaware corporation with its principal place of business in California.  Thus, complete diversity of citizenship exists between the Plaintiff and the Defendants.

4.    Although Spidell has the choice of the jurisdiction in which he originally filed his lawsuit, he may not carefully plead unspecified damages or damages not to exceed the jurisdictional limit so as to avoid federal jurisdiction.  *Morrison v. Allstate Indem. Co.,* 228 F.3d 1255, 1273 (11th Cir. 2000) ("Jurisdiction is not conferred by the stroke of a lawyer's pen.").  Here, Spidell originally chose to bring this action in the Circuit Court of Randolph County, Alabama, but he may not rely upon an unspecified amount of damages as it relates to his negligence claim in order to remain in state court, when his claim is clearly for more than the amount necessary for federal jurisdiction.  Spidell has specifically prayed for $74,000.00 for his malicious prosecution claim, and has also prayed for an unspecified amount of money for his negligence claim, which is related to a lawsuit where the debt owed is $1,098.98.  Thus, the amount in controversy in this case clearly exceeds $75,000.00.

5.    This Court has supplemental jurisdiction over any and all other claims asserted by the Plaintiffs in accordance with 28 U.S.C. §§ 1367 and 1441.

6.    The removal of this matter is timely and proper pursuant to 28 U.S.C. § 1446.  All necessary and properly joined parties have consented to the removal of this action within the time permitted by law.

7.     By filing this *Notice of Removal*, the Defendants do not waive their right to object to service, service of process, the sufficiency of process, jurisdiction over the subject matter, jurisdiction over the person, or venue, and specifically reserve the right to assert any and all defenses and/or objections to which they may be entitled.  The Defendants also reserve any right to compel arbitration of the claims asserted.

8.     Copies of all process, pleadings, orders and other papers filed in this action and obtained by the Defendants are attached hereto and marked as composite Exhibit "A," and incorporated herein by reference.

9.     A copy of this Notice of Removal has been sent to all counsel of record, and will be filed with the clerk of the Circuit Court of Randolph County, Alabama.

WHEREFORE, PREMISES CONSIDERED, the Defendants pray that this Court assume full jurisdiction over this proceeding as provided for by law.

THIS, the 1st day of October, 2007.

Respectfully submitted,

MIDLAND CREDIT MANAGEMENT, INC.
and MRC RECEIVABLES CORPORATION

By: _F. E. McRae, III_
F. E. McRae, III
Its Attorney

**OF COUNSEL:**
F. E. McRae, III  (AL No. ASB-4501-M56F)
**MCGLINCHEY STAFFORD, PLLC**
Suite 1100 – City Centre South
200 South Lamar Street   (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225-2949
Telephone:     (601) 960-8400
Facsimile:     (601) 960-8431
Attorneys for the Defendants, Midland Credit Management, Inc.
and MRC Receivables Corporation

3

**CERTIFICATE OF SERVICE**

I, F. E. McRae, III, of McGlinchey Stafford, PLLC, attorney for the Defendants, do hereby certify that I have this day served, via United States Mail, postage prepaid, a true and correct copy of the foregoing document to the following:

> John A. Tinney, Esq.
> Attorney for Plaintiff
> Post Office Box 1430
> Roanoke, Alabama  36274

THIS, the 1st day of October, 2007.

F. E. McRae, III

213337.1

4

# *Circuit Clerk of Randolph County*
## CHRIS MAY, CIRCUIT CLERK

RHONDA C. HILL
*Chief Clerk*
*Civil*

CYNTHIA P. WHALEY
*Civil*



MARLENE S. LINDLEY
*Criminal*

MANDY F. WHALEY
*Juvenile*

STATE OF ALABAMA
RANDOLPH COUNTY

    I, CHRIS MAY, AS CLERK OF SAID COURT, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF RECORDS ON FILE IN THIS OFFICE.

    WITNESS MY HAND, THE SEAL OF SAID COURT THIS THE 1ST DAY OF OCTOBER, 2007.

CHRIS MAY



P. O. Box 328  •  Wedowee, Alabama 36278  •  (256) 357-4551

IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

**Filed in Office**

AUG 27 2007

CHRIS MAY
Clerk of Circuit Court

| | | |
|---|---|---|
| CURTIS SPIDELL | ) | |
| PLAINTIFF | ) | |
| VS. | ) | CASE NO. CV 2007- \|\0 |
| MIDLAND CREDIT | ) | |
| MANAGEMENT, INC. and | | |
| MCN RECEIVABLES | ) | |
| CORPORATION | | |
| | ) | |
| DEFENDANT | ) | |

## BILL OF COMPLAINT

Comes now Plaintiff and would show unto this Honorable Court the
following facts as a basis for the relief hereinafter prayed for:

## STATEMENT OF FACTS

1.     Plaintiff herein is a resident citizen of Randolph County,
Alabama, and whose principal address is Post Office Box 865, Wedowee,
Alabama.

2.     The Defendant Midland Credit Management, Inc. is a foreign
corporation which does business by agent in Randolph County, Alabama,
whose principal address is Post Office Box 939019, San Diego, California
92193-9019.

3.    To the best of Plaintiff's knowledge and belief, Defendant MRC Receivables Corporation is a foreign corporation which does business by agent in Randolph County, Alabama, whose principal address is Post Office Box 939019 San Diego, California 92193-9019.

4.    Defendants herein filed a lawsuit against Plaintiff in the District Court of Randolph County which was styled as Case No. SM 2007-306. Said action was filed June 21, 2007, wherein the Defendants claimed that the Plaintiff was indebted to Midland Credit Management (not Midland Credit Management, Inc.) for the sum of $1,098.98 due by open account. Defendant also claimed court cost of $62.00 from the Plaintiff.

5.    Plaintiff would state that a Deputy Sheriff of Randolph County served him with papers herein.

6.    Plaintiff would state that he is a Minister of the Gospel and that service of these papers by the Sheriff of Randolph County upon him was highly demeaning, embarrassing, and maliciously done by Defendants as against the Plaintiff.

7.    Plaintiff would state that after being served he was required to secure the services of an attorney to represent him in this matter.

8.    Plaintiff would state that his attorney filed an Answer to the lawsuit and the case was set for trial on August 14, 2007, in the District Court of Randolph County.

9.    At that time the Plaintiff's attorney appeared but no one appeared on behalf of the Defendants.

10.    After taking testimony the District Judge in Randolph County entered a judgment in favor of the Plaintiff herein discharging him from any and all liability or responsibility to the Defendants.

11.    Plaintiff herein would state that prior to June 21, 2007, he had written to Defendants on several occasions telling them that he was not indebted to the Defendants whatsoever.  He had further sent copies of cancelled checks on various accounts of his to the Defendants letting them know that unequivocally he had no debt to the Defendants or anyone associated with the Defendants.

12.    Plaintiff would state that he was never given the courtesy of any reply to his correspondence and that the only reply he ever received was a lawsuit.

## COUNT ONE

## COMPLAINT FOR MALICIOUS PROSECUTION

1.    Plaintiff incorporates the Statement of Facts above as Paragraph One of this Count.

2.    Plaintiff herein would state that the Defendants falsely, wrongly, maliciously, and intentionally filed a lawsuit against the Plaintiff knowing that there was no basis in law or in fact for the allegations made in the complaint against Plaintiff herein.

3.      Plaintiff would state that all issues relating to the same were decided in his favor and that the Defendants herein did not even have the courtesy to attend any hearing nor provide any evidence of any indebtedness whatsoever by the Plaintiff to Defendants.

4.      Plaintiff would state that the Defendants herein further filed a lawsuit against him for entity known as Midland Credit Management which to the best of Plaintiff's knowledge and belief is no entity at all and has no legal existence nor ever had any ownership interest in any account allegedly to have been created by the Plaintiff herein.

5.      As a proximate consequence of the malicious prosecution of the Plaintiff by Defendants he has been caused to suffer the following injuries and damages:

(a)      He has been subjected to extreme worry and anxiety;

(b)      He has been subjected to humiliation and embarrassment;

(c)      He has been caused to suffer attorney fees and lose time from work in defending himself against the malicious prosecution of the Defendants;

WHEREFORE, Plaintiff demands judgment against Defendants for all sums he is entitled to under the pleadings and proof contained herein including compensatory and punitive damages in an amount not to exceed $74,000.00.

## COUNT TWO

## COMPLAINT FOR NEGLIGENCE

1.      Plaintiff incorporates the Statement of Facts above as Paragraph One of this Count.

2.      Defendants herein negligently filed a lawsuit against Plaintiff on behalf of a non-existent entity in an attempt to collect an account which the Plaintiff did not owe.

3.      To the best of Plaintiff's knowledge and belief, the Defendants negligently filed this lawsuit after being told on several occasions by the Plaintiff that he had no indebtedness to the Defendants and that he was not liable to them for any account whatsoever.

4.      As a proximate consequence of the negligence of the Defendants in filing a lawsuit against the Plaintiff, the Plaintiff has been caused to suffer the following injuries and damages:

(a)     He has been subjected to extreme worry and anxiety;

(b)     He has been subjected to humiliation and embarrassment;

(c)     He has been caused to suffer attorney fees and lose time from work in defending himself against the malicious prosecution of the Defendants;

5.      Plaintiff would state that the negligent actions of the Defendants were such that they Defendants were guilty not only of negligence but in the alternative negligence and wantonness.

WHEREFORE, Plaintiff demands judgment against Defendants for all sums he may be entitled to under the pleadings and proof contained herein.

John A. Tinney       TIN 005
Attorney for Plaintiff
Post Office Box 1430
Roanoke, Alabama  36274
(334) 863 – 8945

Plaintiff demands trial by struck jury.

John A. Tinney       TIN 005
Attorney for Plaintiff

IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

CURTIS SPIDELL                    )

        PLAINTIFF          )

VS.                               )       CASE NO. CV 2007-\10

MIDLAND CREDIT                    )
MANAGEMENT, INC. and
MCN RECEIVABLES                  )
CORPORATION
                                 )

        DEFENDANT          )

**Filed in Office**

AUG 2 7 2007

CHRIS MAY
Clerk of Circuit Court

## <u>INTERROGATORIES</u>

Comes now Plaintiff and requests Defendants, **<u>separately and</u>**

**<u>severally,</u>** to answer the following interrogatories within the time allowed by

the Alabama Rules of Civil Procedure.  (Plaintiff expects a response from each

Defendant separately and severally to these interrogatories):

      1.    Please state the name and addresses of all owners of Midland

Credit Management, Inc.'s stock.

      2.    Please state the name and address of the person most

knowledgeable or familiar with the account upon which the lawsuit against the

Plaintiff was filed.

      3.    Please state the name and address of the person responsible for

filing the lawsuit against the Plaintiff.

4.    Please state the amount that you paid for any account that you allege that the Plaintiff was indebted concerning.

5.    Please state the name and address of the person, firm, or corporation from whom you purchased or were assigned any account that you claim that the Plaintiff was indebted concerning.

6.    Please state each and every reason why you failed to attend and offer testimony on August 14, 2007, in the District Court of Randolph County as to the lawsuit filed by you against the Plaintiff.

7.    Please state the date that you first learned that the lawsuit filed by you against the Plaintiff was set for trial in the District Court of Randolph County on August 14, 2007.

John A. Tinney        TIN005
Attorney for Plaintiff
Post Office Box 1430
Roanoke, Alabama  36274
(334) 863 8945

SERVED WITH SUMMONS AND COMPLAINT – RESPONSES DUE
WITHIN 45 DAYS FROM THE DATE OF SERVICE

IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

| | | |
|---|---|---|
| CURTIS SPIDELL | ) | |
| PLAINTIFF | ) | |
| VS. | ) | CASE NO. CV 2007-110 |
| MIDLAND CREDIT MANAGEMENT, INC. and MCN RECEIVABLES CORPORATION | ) | |
| | ) | |
| | ) | **Filed in Office** |
| | ) | AUG 2 7 2007 |
| DEFENDANT | ) | CHRIS MAY<br>Clerk of Circuit Court |

## REQUEST FOR PRODUCTION

Comes now Plaintiff and requests Defendants, **separately and severally,** to produce for copying and/or inspecting the following documents within the time allowed by the Alabama Rules of Civil Procedure. (Plaintiff expects a response from each Defendant separately and severally to these production requests):

1.    A copy of your complete file with respect to any account allegedly owed by Plaintiff.

2.    A copy of contract or assignment wherein you allege that you received any interest in any indebtedness of the Plaintiff from any person, firm, or corporation.

John A. Tinney     TIN 005
Attorney for Plaintiff
Post Office Box 1430
Roanoke, Alabama  36274
(334) 863 – 8945

SERVED WITH SUMMONS AND COMPLAINT – RESPONSES DUE
WITHIN 45 DAYS FROM THE DATE OF SERVICE

# IN THE CIRCUIT COURT OF
# RANDOLPH COUNTY, ALABAMA

CURTIS SPIDELL                                )

          PLAINTIFF                        )

VS.                                          )      CASE NO. CV 2007- |10

MIDLAND CREDIT                               )
MANAGEMENT, INC. and
MCN RECEIVABLES                              )
CORPORATION
                                             )

          DEFENDANT                        )

**Filed In Office**

AUG 27 2007

CHRIS MAY
Clerk of Circuit Court

## CIVIL SUMMONS

NOTICE TO:      MCN RECEIVABLES CORPORATION
                Post Office Box 939019
                San Diego, California  92193-9019.

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.  YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT.  A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY, JOHN A. TINNEY, WHOSE ADDRESS IS POST OFFICE BOX 1430, 739 MAIN STREET, ROANOKE, ALABAMA, 36274.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

------------------------------------------------------------------------------------------------

_____ *TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE:* You are hereby commanded to serve this Summons and a copy of the Complaint in this action upon the defendant.

xxx      SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF PLAINTIFF
         PURSUANT TO THE ALABAMA RULES OF CIVIL PROCEDURE

8/27/07                                              *Chris May*
Date                                                 Clerk
------------------------------------------------------------------------------------------------
Certified mail is hereby requested.
                                                     John Tinney
------------------------------------------------------------------------------------------------
                            RETURN OF SERVICE

_____   Return receipt of certified mail in this office on _____
_____   I certify that I personally delivered a copy of the Summons and Complaint  to _____ in _____
        County, Alabama, on _____.

Type of Process Server and Address:_____

# IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

**Filed In Office**

AUG 2 7 2007

CHRIS MAY
Clerk of Circuit Court

CURTIS SPIDELL )

     PLAINTIFF )

VS. )    CASE NO. CV 2007- ̶110 ̶

MIDLAND CREDIT )
MANAGEMENT, INC. and
MCN RECEIVABLES )
CORPORATION
)

)

    DEFENDANT )

## CIVIL SUMMONS

NOTICE TO:    MIDLAND CREDIT MANAGEMENT, INC.
    Post Office Box 939019
    San Diego, California  92193-9019

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.  YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT.  A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY, JOHN A. TINNEY, WHOSE ADDRESS IS POST OFFICE BOX 1430, 739 MAIN STREET, ROANOKE, ALABAMA, 36274.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

------------------------------------------------------------------------------------

\_\_\_\_\_    *TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE:*  You are hereby commanded to serve this Summons and a copy of the Complaint in this action upon the defendant.

xxx    SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF PLAINTIFF PURSUANT TO THE ALABAMA RULES OF CIVIL PROCEDURE.

*8-27-07*
Date

*Chris May*
Clerk

------------------------------------------------------------------------------------

Certified mail is hereby requested.

John Tinney

------------------------------------------------------------------------------------

RETURN OF SERVICE

\_\_\_\_\_    Return receipt of certified mail in this office on _____
\_\_\_\_\_    I certify that I personally delivered a copy of the Summons and Complaint  to _____ in _____
    County, Alabama, on _____.

Type of Process Server and Address:_____

# COVER SHEET
## CIRCUIT COURT - CIVIL CASE

| | |
|---|---|
| State of Alabama<br>Unified Judicial System<br>Form ARCivP-93   12/95 | Case No. CV 07 – 110<br>Date of Filing: 8-27-07 |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF RANDOLPH COUNTY

| PLAINTIFF | vs. | DEFENDANT |
|---|---|---|
| Curtis Spidell | | Midland Credit Management, Inc. |
| First Plaintiff: Individual | | First Defendant: Business |

## NATURE OF SUIT:  Select primary cause of action:

**Filed in Office**

AUG 27 2007

CHRIS MAY
Clerk of Circuit Court

**TORTS PERSONAL INJURY:**
__ WDEA - Wrongful Death
__ TONG - Negligence: General
__ TOMV - Negligence:  Motor Vehicle
__ TOWA - Wantonness
__ TOPL - Product Liability/AEMLD
__ TOMM - Malpractice - Medical
__ TOLM - Malpractice - Legal
__ TOOM - Malpractice - Other
__ TOFR - Fraud
__ TOXX - Other: _____

**TORTS PROPERTY INJURY:**
__ TOPE - Personal Property
__ TORE - Real Property

__ PFAB - Protection from Abuse
__ RPRO - Real Property
__ ACCT - Account & Non-Mortgage
__ COXX - Contract:  All other
__ CVRT - Civil Rights
__ WTEG - Will/Trust/Estates/Guard.
__ EQND - Non-Damage Actions
          (Declaratory Judgments, Inj.)
     __ MSHC - Habeas Corpus/Extra. Writ
     __ ADPA - Admin. Procedure Act
     __ FELA - Railroad/Seaman (FELA)
     __ COMP - Workmen's Compensation
     __ COND - Condemnation (Fruits of Crime,
          Right of Way, Abandoned Vehicle)
__ CVXX - Other: _____

| ORIGIN: | Initial Filing |
|---|---|

| HAS JURY TRIAL BEEN DEMANDED? | Yes |
|---|---|

| RELIEF REQUESTED: | Monetary Award Requested |
|---|---|

| Attorney Code:  TIN005 | |
|---|---|
| _____ (Date) | Signature of Attorney/Party Filing |

| MEDIATION REQUESTED: | __ Yes | __ No | __ Undecided |
|---|---|---|---|

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

**CURTIS SPIDELL**                                                              **PLAINTIFF**

**VS.**                                                              **CAUSE NO. CV 2007-110**

**MIDLAND CREDIT MANAGEMENT, INC.**
**and MRC RECEIVABLES CORPORATION**                         **DEFENDANTS**

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    Chris May, Clerk of the Circuit Court of Randolph County, Alabama

Attached is a copy of the Notice of Removal that was filed today in the United States

District Court for the Middle District of Alabama, Eastern Division, removing these proceedings

from this Court.

THIS, the 1st day of October, 2007.

Respectfully submitted,

MIDLAND CREDIT MANAGEMENT, INC.
and MRC RECEIVABLES CORPORATION

By:_____
    F. E. McRae, III
    Its Attorney

OF COUNSEL:
F. E. McRae, III  (AL No. ASB-4501-M56F)
**MCGLINCHEY STAFFORD, PLLC**
Suite 1100 – City Centre South
200 South Lamar Street   (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225-2949
Telephone:    (601) 960-8400
Facsimile:    (601) 960-8431
Attorneys for the Defendants, Midland Credit Management, Inc.
and MRC Receivables Corporation

**Filed in Office**

OCT 01 2007

CHRIS MAY
Clerk of Circuit Court

## CERTIFICATE OF SERVICE

I, F. E. McRae, III, of McGlinchey Stafford, PLLC, attorney for the Defendants, do hereby certify that I have this day served, via United States Mail, postage prepaid, a true and correct copy of the foregoing document to the following:

John A. Tinney, Esq.
Attorney for Plaintiff
Post Office Box 1430
Roanoke, Alabama 36274

THIS, the 1st day of October, 2007.

_____
F. E. McRae, III

213342.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CURTIS SPIDELL                                                      **PLAINTIFF**

VS.                                                  CIVIL ACTION NO. _____

MIDLAND CREDIT MANAGEMENT, INC.
and MRC RECEIVABLES CORPORATION                  **DEFENDANTS**

## NOTICE OF REMOVAL

COME NOW the Defendants, MIDLAND CREDIT MANAGEMENT, INC. ("Midland") and MRC RECEIVABLES CORPORATION ("MRC"), by and through their attorneys, McGlinchey Stafford, PLLC, and file this, their *Notice of Removal* of this action to the Middle District of Alabama, Eastern Division, and in support thereof, would show unto the Court the following:

1.    This Court has subject matter jurisdiction over this proceeding pursuant to 28 U.S.C. § 1332.  Removal of this proceeding is authorized pursuant to 28 U.S.C. §§ 1441 and 1446.

2.    The instant case was commenced on or about August 27, 2007, in the Circuit Court of Randolph County, Alabama, Cause No. CV 2007-110.  The Complaint alleges that the Defendants wrongfully sued Spidell to collect a debt that Spidell claims he did not owe.  Spidell's Complaint lists two causes of action:  malicious prosecution (for filing suit against Spidell to collect the debt), and negligence (for improperly filing the suit after Spidell claims he informed the Defendants that he did not owe the debt).  Spidell's Complaint seeks $74,000.00 for malicious prosecution and states a separate *ad damnum* clause after the negligence count praying for "all sums he may be entitled to under the pleadings." *Complaint*, page 6.  As also stated in Spidell's Complaint, the amount of the debt for which Spidell was sued is $1,098.98.

3.      This case is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.  The Plaintiff alleges that he is an adult resident citizen of Randolph County, Alabama.  The Defendants concur, and admit that Spidell is an Alabama resident, which is sufficient to establish the Plaintiff's Alabama citizenship for the purpose of removal.  Midland is a Kansas corporation with its principal place of business in California.  MRC is a Delaware corporation with its principal place of business in California.  Thus, complete diversity of citizenship exists between the Plaintiff and the Defendants.

4.      Although Spidell has the choice of the jurisdiction in which he originally filed his lawsuit, he may not carefully plead unspecified damages or damages not to exceed the jurisdictional limit so as to avoid federal jurisdiction.  *Morrison v. Allstate Indem. Co.,* 228 F.3d 1255, 1273 (11th Cir. 2000) ("Jurisdiction is not conferred by the stroke of a lawyer's pen.").  Here, Spidell originally chose to bring this action in the Circuit Court of Randolph County, Alabama, but he may not rely upon an unspecified amount of damages as it relates to his negligence claim in order to remain in state court, when his claim is clearly for more than the amount necessary for federal jurisdiction.  Spidell has specifically prayed for $74,000.00 for his malicious prosecution claim, and has also prayed for an unspecified amount of money for his negligence claim, which is related to a lawsuit where the debt owed is $1,098.98.  Thus, the amount in controversy in this case clearly exceeds $75,000.00.

5.      This Court has supplemental jurisdiction over any and all other claims asserted by the Plaintiffs in accordance with 28 U.S.C. §§ 1367 and 1441.

6.      The removal of this matter is timely and proper pursuant to 28 U.S.C. § 1446.  All necessary and properly joined parties have consented to the removal of this action within the time permitted by law.

2

7.     By filing this *Notice of Removal*, the Defendants do not waive their right to object to service, service of process, the sufficiency of process, jurisdiction over the subject matter, jurisdiction over the person, or venue, and specifically reserve the right to assert any and all defenses and/or objections to which they may be entitled.  The Defendants also reserve any right to compel arbitration of the claims asserted.

8.     Copies of all process, pleadings, orders and other papers filed in this action and obtained by the Defendants are attached hereto and marked as composite Exhibit "A," and incorporated herein by reference.

9.     A copy of this Notice of Removal has been sent to all counsel of record, and will be filed with the clerk of the Circuit Court of Randolph County, Alabama.

WHEREFORE, PREMISES CONSIDERED, the Defendants pray that this Court assume full jurisdiction over this proceeding as provided for by law.

THIS, the 1st day of October, 2007.

Respectfully submitted,

MIDLAND CREDIT MANAGEMENT, INC.
and MRC RECEIVABLES CORPORATION


By: _____
          F. E. McRae, III
          Its Attorney

**OF COUNSEL:**
F. E. McRae, III  (AL No. ASB-4501-M56F)
**MCGLINCHEY STAFFORD, PLLC**
Suite 1100 – City Centre South
200 South Lamar Street   (39201)
Post Office Drawer 22949
Jackson, Mississippi 39225-2949
Telephone:     (601) 960-8400
Facsimile:     (601) 960-8431
Attorneys for the Defendants, Midland Credit Management, Inc.
and MRC Receivables Corporation

3

# CERTIFICATE OF SERVICE

I, F. E. McRae, III, of McGlinchey Stafford, PLLC, attorney for the Defendants, do hereby certify that I have this day served, via United States Mail, postage prepaid, a true and correct copy of the foregoing document to the following:

> John A. Tinney, Esq.
> Attorney for Plaintiff
> Post Office Box 1430
> Roanoke, Alabama  36274

THIS, the 1st day of October, 2007.

F. E. McRae, III

213337.1

4



**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D001

1. Article Addressed to:

Midland Credit Management Inc.
P.O. Box 939019
San Diego, CA
CV07-110    92193-9019

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Lewis M. Poston_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

AUG 3 0 2007

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 1350 0003 0094 9188

PS Form 3811, Feb    102595-02-M-1540

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .75 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.55 |

Postmark Here
MONTGOMERY AL 36.
AUG 28 2007
USPS

7004 1350 0003 0094 9188

Sent To  Midland Credit Management Inc.
Street, Apt. No; or PO Box No.  P O Box 939019
City, State, ZIP+4  San Diego, CA 92193-9019

PS Form 3800, June 2002    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D002

1. Article Addressed to:

MCN Receivables Corporation
P.O. Box 939019
San Diego, CA
92193-9019

CV07-110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Lewis M. Parker_  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

AUG 3 0 2007

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 1350 0003 0094 9195

PS Form 3811, Feb.                    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .75 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.55 |

WEDOWEE AL 36278
Postmark Here
AUG 2007
USPS

Sent to
MCN Receivables Corporation
Street, Apt. No.; or PO Box No.
P.O. Box 939019
City, State, ZIP+4
San Diego, CA 92193-9019

PS Form 3800, June 2002    See Reverse for Instructions

7004 1350 0003 0094 9195

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000584
Cashier ID: khaynes
Transaction Date: 10/01/2007
Payer Name: MCGLINCHEY STAFFORD PLLC
----------------------------------
CIVIL FILING FEE
 For: MCGLINCHEY STAFFORD PLLC
 Case/Party: D-ALM-3-07-CV-000874-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 104276
 Amt Tendered: $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CURTIS SPIDELL V. MIDLAND CREDIT ET
AL