IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CURTIS SPIDELL,           )<br>                           )<br>    Plaintiff,            )<br>                           )<br>    v.                     )<br>                           )<br>MIDLAND CREDIT MANAGEMENT, )<br>INC., and MRC RECEIVABLES )<br>CORPORATION,              )<br>                           )<br>    Defendants.            ) | CIVIL ACTION NO.<br>  3:07cv874-MHT |

ORDER

It is ORDERED that the motion to remand (Doc. No. 5) is set for submission, without oral argument, on October 22, 2007, with all briefs due by said date.

DONE, this the 5th day of October, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE