IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CURTIS SPIDELL**                                                                               **PLAINTIFF**

**VS.**                                                                               **NO.  3:07cv874-MHT**

**MIDLAND CREDIT MANAGEMENT, INC.**
**and MRC RECEIVABLES CORP.**                                   **DEFENDANTS**

## CONFLICT DISCLOSURE STATEMENT

COMES NOW MRC Receivables Corporation, defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This Party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

√ The following entities and their relation to the party are hereby reported.

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| Midland Portfolio Services, Inc. | MRC Receivables Corporation is a wholly owned subsidiary of Midland Portfolio Services, Inc. |
| Midland Credit Management, Inc. | Midland Portfolio Services, Inc. is a wholly owned subsidiary of Midland Credit Management, Inc. |
| Encore Capital Group, Inc. | Midland Credit Management, Inc. is a wholly owned subsidiary of Encore Capital Group, Inc., which is publicly traded on NASDAQ. |

Respectfully submitted,

**MRC RECEIVABLES CORPORATION**


By:    s/F. E. McRae, III
         OF COUNSEL


Frank E. McRae, III (AL Bar #ASB-4501-M56F)
MCGLINCHEY STAFFORD, PLLC
200 South Lamar Street, Suite 1100 (Zip – 39201)
Post Office Drawer 22949
Jackson, Mississippi 39225-2949
Telephone:  (601) 960-8400
Facsimile:   (601) 960-8431

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed the foregoing via electronic filing and/or U.S. Mail, first class, postage prepaid, to the following:

John A. Tinney
Post Office Box 1430
739 Main Street
Roanoke, Alabama 36274

THIS, the 17th day of October, 2007.

By: s/ F. E. McRae, III
OF COUNSEL

214054.2